**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01201-CR

**DAVID DEWAYNE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-51368-H**

## ORDER

The Court **DENIES** as moot appellant's September 19, 2013 motion to extend time to file his brief. The brief was ordered filed on September 19, 2013.


/s/      DAVID EVANS
         JUSTICE